To Whom It May Concern:

On September 19th, 2013, I was in the office of ▓▓▓ Courthouse, going over documents I was to sign. I was trying to understand the papers and having to go back out to my car, make phone calls, and back in the office. The last time I went outside the office reading and trying to understand the documents, I was escorted out of the building by an officer saying I had to leave and could not come back in. This is the reason I was not able to sign the documents.

Adam Wininger

*[signature]*

1:13-cv223

**RECEIVED**

SEP 27 2013

Clerk, U. S. District Court
Eastern District of Tennessee